Argued and submitted September 5, affirmed November 13, 2002, petition for review denied April 15, 2003 (335 Or 391)

NORMAN McKINLEY ANDERSON, JR.,
*Appellant,*

*v.*

Jean HILL,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

CV000750; A115475

57 P3d 947

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong* and Kistler, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).